**Rebecca Jo MASTERS, Respondent,**

v.

**Jack Ronald MASTERS, Appellant.**

No. WD 49603.

Missouri Court of Appeals, Western District.

Aug. 1, 1995.

Dan K. Purdy, Osceola, for appellant.

Edward M. Berg, Columbia, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Jack Ronald Masters appeals the circuit court's denial of his motion to set aside a child support modification order and the denial of his motion to modify child support. We affirm. Because we discern no jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).